IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DSM IP ASSETS, B.V. & DSM BIO-BASED
PRODUCTS & SERVICES, B.V.,

                Plaintiffs and Counter-Defendants

ORDER

    v.

16-cv-497-wmc

LALLEMAND SPECIALTIES, INC. &
MASCOMA LLC,

                Defendants and Counterclaimants.

On the parties' deposition designations, counter-designations and objections as to Aaron Argyros, the court rules as follows:

| DSM's Designations | Lallemand's Objections | Court Ruling | Lallemand's Counter-Designations | DSM's Objections to Lallemand's Counter-Designations | DSM's Counter Designations | Court Ruling |
|---|---|---|---|---|---|---|
| 14:15-15:4 | | Strike 14:21-22; 15:1. | | | | |
| 16:16-17:10 | | Strike 16:16-17. | | | | |
| 38:11-39:9 | *Incomplete* (FRE 106); *Prejudicial/Confusing/ Misleading* (FRE 403) | Overruled. | 38:8-10 39:10-12 39:22-40:21 | 39:22-40:21: Beyond the scope of initial designation; hearsay (FRE 802) | | Overruled. |
| 95:5-105:11 | *Includes Attorney Objections* (FRE 611(a)) | Sustain: 95:81; 96:3,13,19; 97:16-22; 98:1-8; 100:2; 101:11-22; 102:1-7, 16-22; 103:1-22; 104:1-3. Overruled as to remainder. | 94:21-95:4 | | | |
| 118:16-118:18 | *Lack of Foundation* (FRE 102-105); *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); | Overruled. | 116:15-117:2 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802); *Authenticity* (FRE 901); *Includes Attorney Objections* (FRE 611(a)) | | | | | |
| 119:13-122:12 | *Lack of Foundation* (FRE 102-105); | Sustain: 120:4,12; 121:11-22; 122:1-22; also delete 123:1. Overruled as to remainder. | 122:13-18 122:20-123:1 | | | |
| 123:22-130:8 | *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802); *Authenticity* (FRE 901); *Includes Attorney Objections* (FRE 611(a)) | Sustain: 123:1; 124:1-24; 125:1-130:8; Overruled as to remainder. | | | | |
| 131:12-140:14 | *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Hearsay* (FRE 802); *Includes Attorney Objections* (FRE 611(a)) | Sustain: 132:7, 11-22; 133:1-3; 134:8, 22; 135:8; 136:2-5, 11-13, 20; 137:8, 13, 20; 138:9, 16-22; 139:1-3, 19; 140:6, 22. Overruled as to remainder. | | | | |
| 140:18-145:22 | *Lack of Foundation* (FRE 102-105); *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802); *Authenticity* (FRE 901); *Includes Attorney Objections* (FRE 611(a)) | Sustain: 141:1, 19; 142:15, 22; 143:7,16,19; 144:3, 16-22; 145:1-22. | | | | |
| 146:6-146:10 | *Lack of Foundation* (FRE 102-105); *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal* | Sustain. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Knowledge* (FRE 602); *Hearsay* (FRE 802) | | | | | |
| 147:9-147:17 | *Lack of Foundation* (FRE 102-105); *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802) | Sustain. | | | | |
| 148:8-149:8 | *Lack of Foundation* (FRE 102-105); *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802); *Includes Attorney Objections* (FRE 611(a)) | Sustain. | | | | |
| 149:18-150:6 | *Lack of Foundation* (FRE 102-105); *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802) | Overruled. | | | | |
| 150:10-155:9 | *Lack of Foundation* (FRE 102-105); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802); *Includes Attorney Objections* (FRE 611(a)) | Sustain: 151:9-21; 152:16; 153:1, 7; 154:1, 4, 22; 155:1-9. Overruled as to remainder. | | | | |
| 155:13-164:1 | *Includes Attorney Objections* (FRE 611(a)) | Sustain: 156:4l9; 158:7 (after word "presentation") to 11, 17; 159:6, 16; 160:1-10, 16; 161:2-22; 162:3,6; 163:4-13. | | | | |
| Exhibit 5 (PTX 486) | *Lack of Foundation* (FRE 102-105); *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); | Overruled. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Hearsay* (FRE 802); *Authenticity* (FRE 901) | | | | | |
| Exhibit 6 (PTX 240) | ***Objection withdrawn*** | | | | | |
| Exhibit 7 (PTX 241) | *Lack of Foundation* (FRE 102-105); *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802); *Authenticity* (FRE 901) | Overruled. | | | | |
| Exhibit 8 (PTX 242) | *Lack of Foundation* (FRE 102-105); *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802); *Authenticity* (FRE 901) | Reserved. | | | | |
| Exhibit 9 (PTX 243) | *Lack of Foundation* (FRE 102-105); *Prejudicial/Confusing/Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Hearsay* (FRE 802) | Overruled. | | | | |

Entered this 3rd day of May, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge