IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DSM IP ASSETS, B.V. & DSM BIO-BASED
PRODUCTS & SERVICES, B.V.,

     Plaintiffs and Counter-Defendants

 v.

LALLEMAND SPECIALTIES, INC. &
MASCOMA LLC,

     Defendants and Counterclaimants.

ORDER

16-cv-497-wmc

---

On the parties' deposition designations, counter-designations and objections as to Ryan Skinner, the court rules as follows:

| Lallemand's Designations | DSM's Objections | Court Ruling | DSM's Counter-Designations | Lallemand's Objections to DSM's Counter-Designations | Lallemand's Counter Designations | Court Ruling |
|---|---|---|---|---|---|---|
| 11:7-11:8 | | | 11:12-12:22 | ***Irrelevant*** (FRE 402); ***Waste of Time*** (FRE 403) | | Overruled. |
| 18:12-18:16 | | | 18:9-18:11 23:9-23:17; 23:19-24:4 | ***Irrelevant*** (FRE 402); ***Prejudicial/Confusing/Misleading*** (FRE 403); ***Lack of Personal Knowledge*** (FRE 602); ***Seeks Improper Expert Opinion*** (FRE 701/702) | | Sustain: 23:16, 19-22; 24:1-4. Overruled as to remainder. |
| 26:11-26:19 | | | 27:3-27:15 | ***Irrelevant*** (FRE 402); ***Prejudicial/Confusing/Misleading*** (FRE 403); ***Lack of Personal Knowledge*** (FRE 602); ***Seeks Improper Expert Opinion*** (FRE 701/702); ***Includes Attorney Objection*** (FRE 611(a)) | | Sustain: 27:8-15. Overruled as to remainder. |
| 35:10-35:11 | MIL #3, FRE 403, 702 | Sustain. | 35:12 | ***Attorney Objection*** | | Sustain. |
| 35:13-35:14 | MIL #3, FRE 403, 702 | Sustain. | 35:15 | | | Strike. |
| 35:16-36:9 | MIL #3, FRE 403, 702 | Overruled. | 52:18-53:11 | **[53:9-11]** *Lack of Personal Knowledge* | | Overruled. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702) | | |
| | | | 53:17-54:3 | **[53:21-54:3]** *Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702) | | Overruled. |
| | | | 54:5-54:9 | *Improper Counter-Designation as Beyond the Scope; Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objection* (FRE 611(a)) | | Sustain. |
| | | | 54:17-55:11 | *Improper Counter-Designation as Beyond the Scope; Lack of Personal Knowledge* (FRE 602); *Hypothetical; Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objection* (FRE 611(a)) | | Sustain. |
| | | | 56:6-58:6 | *Improper Counter-Designation as Beyond the Scope; Lack of Personal Knowledge* (FRE 602); *Hypothetical; Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objection* (FRE 611(a)) | | Sustain. |
| 59:11-59:14 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 63:13-60:15 | MIL #3, FRE 403, 702 | Sustain. | | | | |
| 60:17-60:19 | MIL #3, FRE 403, 702 | Sustain. | | | | |
| 60:21-61:1 | MIL #3, FRE 403, 702 | Overruled | 61:8-61:12 | | | |
| 61:13-61:15 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 61:17-61:18 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 61:20-61:21 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 62:1-62:2 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 62:4-62:7 | MIL #3, FRE | Overruled. | 62:8-62:14 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 403, 702 | | | | | |
| 62:15-63:1 | MIL #3, FRE 403, 702 | Overruled. | 63:2-64:10 | | | |
| 64:19-65:1 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 65:5-65:7 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 65:10-66:4 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 67:12-68:1 | MIL #3, FRE 403, 702 | Overruled. | 68:2 | **Attorney Objection** | | Sustain. |
| 68:3 | MIL #3, FRE 403, 702 | Overruled. | 68:5-8 | | | |
| 69:13-69:20 | MIL #3, FRE 403, 702 | Overruled. | 69:21-70:13 | | | Strike 70:2-7 |
| 70:22-71:8 | MIL #3, FRE 403, 702 | Overruled. | 73:22-75:3 | *Lack of Personal Knowledge* (FRE 602); *Hypothetical*; *Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objection* (FRE 611(a)) | | Sustain. |
| | | | 75:15-76:10; 76:12-76:19 | | | Sustain: 75:21; 76:7, 15. Overruled as to remainder. |
| | | | 78:2-78:6 | *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objection* (FRE 611(a)) | | Sustain. |
| 80:5-80:7 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 80:16-81:2 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 82:3-85:10 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 86:13-87:5 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 87:12-88:3 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 88:19-89:1 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 89:7-90:10 | MIL #3, FRE 403, 702 | Overruled. | | | | |
| 90:17-91:4 | MIL #3, FRE 403, 702 | Overruled. | 91:5-93:2 | **[92:3-9] [92:18-93:2]** *Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702) | | Overruled. |
| 93:3-93:11 | MIL #3, FRE 403, 702 | Overruled. | 93:12-94:1 | *Improper Counter-Designation as Beyond the Scope* | | Sustain: 93:15, 21. Overruled as to |

| | | | | *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Includes Attorney Objection* (FRE 611(a)) | | remainder. |
|---|---|---|---|---|---|---|
| 94:19-94:21 | MIL #3, FRE 403, 702 | Overruled. | 94:3-94:17 | *Improper Counter-Designation as Beyond the Scope* *Prejudicial/Confusing/ Misleading* (FRE 403); *Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objections* (FRE 611(a)) | | Sustain: 94:6, 14. Overruled as to remainder. |
| 95:11-97:11 | MIL #3, FRE 403, 702 | Overruled. | 97:17-100:4 | *Improper Counter-Designation as Beyond the Scope* *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403) | | Overruled. |
| | | | 100:17 – 102:2 | *Improper Counter-Designation as Beyond the Scope* *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objections* (FRE 611(a)) | | Sustain: 101:14; Overruled as to remainder. |
| | | | 104:21-104:22; 1105:5-105:10; 108:15-109:7 | *Improper Counter-Designation as Beyond the Scope* *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403) | 109:8-11 | Overruled. |
| | | | 109:16-111:2 | *Improper Counter-Designation as Beyond the Scope* *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objections* (FRE 611(a)) | | Sustain: 109:21. Overruled as to remainder. |
| | | | 113:22-116:4 | *Improper Counter-Designation as Beyond the Scope* *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); | 116:5-15 | Sustain: 113:22-116:4. Strike: 116:5-15. |

| | | | | *Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702) | | |
| | | | 119:22-120:12 | *Improper Counter-Designation as Beyond the Scope* *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702) | | Sustain. |

Entered this 4th day of May, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge