IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
---

DSM IP ASSETS, B.V. & DSM BIO-BASED
PRODUCTS & SERVICES, B.V.,

                Plaintiffs and Counter-Defendants

                                          ORDER

    v.

                                          16-cv-497-wmc

LALLEMAND SPECIALTIES, INC. &
MASCOMA LLC,

                Defendants and Counterclaimants.
---

On the parties' deposition designations, counter-designations and objections as to Erin Wiswall, the court rules as follows:

| Lallemand's Designations | DSM's Objections | Court Ruling | DSM's Counter-Designations | Lallemand's Objections to DSM's Counter-Designations | Lallemand's Counter Designations | Court Ruling |
|---|---|---|---|---|---|---|
| 6:20-8:11 | | Strike: 6:20 through 7:12 except for "Before you" | 8:22-9:13 | [9:5, 9:12] ***Attorney Objection*** | | Sustained. |
| 22:2-22:4 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 22:7-22:9 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 22:12-22:19 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 24:2-24:5 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 24:9-24:13 | MIL #3; FRE 403, 702 | Sustained. | | | | |
| 25:3-26:2 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 26:7-26:14 | MIL #3; FRE 403, 702 | Reserved. | | | | |
| 39:15-39:21 | MIL #3; FRE 403, 702 | Overruled. | 38:19-39:14; 40:16-43:3 | [42:17-43:2] ***Irrelevant*** (FRE 402); ***Prejudicial/Confusing/ Misleading*** (FRE 403); ***Lack of Personal Knowledge*** (FRE 602); ***Seeks Improper Expert*** | | Sustained. |

| | | | | *Opinion* (FRE 701/702); *Includes Attorney Objection* (FRE 611(a)) | | |
|---|---|---|---|---|---|---|
| 40:3-40:15 | MIL #3; FRE 403, 702 | Overruled. | 39:19-39:14; 40:16-43:2 | [42:17-43:2] *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objection* (FRE 611(a)) | | Sustained. |
| 50:12-50:15 | MIL #3; FRE 403, 702 | Sustained. | 50:16-18 | | | |
| 54:2-54:21 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 55:17-56:1 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 56:13-57:20 | MIL #3; FRE 403, 702 | Reserved. | | | | |
| 58:2-59:19 | MIL #3; FRE 403, 702 | Reserved. | | | | |
| 63:2-63:20 | MIL #3; FRE 403, 702 | Reserved. | 68:8-71:5; 72:9-15; 72:17-75:21; 76:4-15; 78:16-79:9 | [69:12-13, 70:18; 71:3] *Attorney Objection* (FRE 611(a)) [72:9-15] *Prejudicial/Confusing/ Misleading* (FRE 403); *Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objections* (FRE 611(a)) [73:8, 74:2, 74:8-9; 74:18] *Attorney Objection* (FRE 611(a)) [78:16-79:9] *Prejudicial/Confusing/ Misleading* (FRE 403); *Seeks Improper Expert Opinion* (FRE 701/702) | 71:14-49 | Sustained. |
| 64:9-65:13 | MIL #3; FRE 403, 702 | Reserved. | | | | |
| 67:1-67:8 | MIL #3; FRE 403, 702 | Reserved. | | | | |
| 79:10-79:15 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 79:17-79;19 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 79:21-80:8 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 80:10-80:13 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 80:15-80:20 | MIL #3; FRE 403, 702 | Overruled. | 80:21-81:10 | [81:3-10] *Seeks Improper Expert Opinion* (FRE 701/702); *Includes Attorney Objection* (FRE 611(a)) | | Sustain: 80:5. Overruled as to remainder. |
| 82:7-82:13 | MIL #3; FRE | Overruled. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 403, 702 | | | | | |
| 82:15-82:21 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 83:1-83:6 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 83:8-84:1 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 84:4-84:15 | MIL #3; FRE 403, 702 | Overruled. | 86:5-87:1 | [86:11-14] *Prejudicial/Confusing/ Misleading* (FRE 403); *Seeks Improper Expert Opinion* (FRE 701/702) [86:19-20] *Attorney Objection* | | Sustained. |
| 94:3-94:3 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | | | | |
| 94:7-95:5 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | | | | |
| 95:7-95:8 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | | | | |
| 95:10-95:14 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | | | | |
| 97:16-98:6 | MIL #3; FRE 403, 602, 702, 802 | Sustained. | | | | |
| 98:15-98:21 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | 98:22-101:12 | *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403); *Lack of Personal Knowledge* (FRE 602); *Seeks Improper Expert Opinion* (FRE 701/702) | | Reserved. |
| 101:13-101:14 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | | | | |
| 101:18-102:12 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | | | | |
| 103:17-103:22 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | | | | |
| 104:12-105:7 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | | | | |
| 105:9-105:13 | MIL #3; FRE 403, 602, 702, 802 | Overruled. | | | | |
| 107:4-107:18 | MIL #3; FRE 403, 702 | Overruled. | 106:19-107:3 | *Irrelevant* (FRE 402); *Prejudicial/Confusing/ Misleading* (FRE 403) | | Overruled. |

| | | | 109:6-110:4 | [109:22-103:4] ***Irrelevant*** (FRE 402); ***Prejudicial/Confusing/ Misleading*** (FRE 403); ***Lack of Personal Knowledge*** (FRE 602); ***Hypothetical***; ***Seeks Improper Expert Opinion*** (FRE 701/702 ) | | Overruled. |
|---|---|---|---|---|---|---|
| 112:13-116:14 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 118:14-119:2 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 119:7-120:20 | MIL #3; FRE 403, 702 | Overruled. | | | | |
| 122:2-122:6 | MIL #3; FRE 403, 702 | Overruled. | 122:7-123:4 | ***Lack of Personal Knowledge*** (FRE 602); ***Hypothetical***; ***Seeks Improper Expert Opinion*** (FRE 701/702); ***Includes Attorney Objection*** (FRE 611(a)) | | Sustain: 122:15-16. Overruled as to remainder. |
| 124:17-126:16 | MIL #3; FRE 403, 702 | Sustain: 125:22-126:5. Overruled as to remainder. | | | | |
| 128:3-128:16 | MIL #3; FRE 403, 702 | Sustain: 128:12. Overruled as to remainder. | 127:3-128:1; 128:17-130:13; 131:21-132:7; 132:18-133:11 | [127:3-128:1] ***Improper Counter- Designation as Beyond the Scope;*** ***Lack of Personal Knowledge*** (FRE 602); ***Hypothetical; Seeks Improper Expert Opinion*** (FRE 701/702); ***Includes Attorney Objections*** (FRE 611(a)) [128:17-130:13] ***Improper Counter- Designation as Beyond the Scope;*** ***Lack of Personal Knowledge*** (FRE 602); ***Hypothetical; Seeks Improper Expert Opinion*** (FRE 701/702); ***Includes Attorney Objections*** (FRE 611(a)) [131:21-132:7] ***Irrelevant*** (FRE 402); ***Prejudicial/Confusing/ Misleading*** (FRE 403); ***Seeks Improper Expert Opinion*** (FRE 701/702) | | Sustain: 127:6, 21; 128:20; 130:6, 12; 131:21-132:7. Overruled as to remainder. |

| 133:12-135:14 | MIL #3; FRE 403, 702 | Overruled. | | | | |
|---|---|---|---|---|---|---|
| 135:8-135:12 | MIL #3; FRE 403, 702 | Sustained. | | | | |
| 135:14-135:17 | MIL #3; FRE 403, 702 | Sustained. | | | | |

Entered this 7th day of May, 2018.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge