IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
─────────────────────────────────────────────────────────

DSM IP ASSETS, B.V. & DSM BIO-BASED
PRODUCTS & SERVICES, B.V.,

                    Plaintiffs and Counter-Defendants

                                      ORDER

   v.

                                      16-cv-497-wmc

LALLEMAND SPECIALTIES, INC. &
MASCOMA LLC,

                    Defendants and Counterclaimants.
─────────────────────────────────────────────────────────

On the parties' deposition designations, counter-designations and objections as to Brian Wamsley, the court rules as follows:

| Lallemand's Designations | DSM's Objections | Court Ruling | DSM's Counter-Designations | Lallemand's Objections to DSM's Counter-Designations | Lallemand's Counter Designations | Court Ruling |
|---|---|---|---|---|---|---|
| 22:7-23:21 | | | 23:22-24:7 | *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403) | | Overruled. |
| | | | 42:8-43:18 | *Includes Attorney Objections* (FRE 611(a)) **[FRE43:7-18]** *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403); *Includes Attorney Objections* (FRE 611(a)) | | Sustained: 42:10, 17; 43:10, 17. Overruled as to remainder. |
| | | | 48:9-50:9 | *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403); *Includes Attorney Objections* (FRE 611(a)) | | Sustained: 48:19; 49:11 through 50:1-4. Overruled as to remainder. |
| | | | 52:5-10 | *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403) | | Sustained. |
| | | | 52:20-55:19 | *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403); *Includes Attorney Objections* (FRE 611(a)); *Seeks Expert Opinion* | | Sustained: 52:20 through 54:4. Overruled as to |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | (FRE 701/702) | | remainder. |
| | | | 59:15-14 | *Improper Counter-Designation as Beyond the Scope;* *Lack of Personal Knowledge* (FRE 602) | | Sustained. |
| | | | 59:22-61:3 | *MIL No 14; Improper Counter- Designation as Beyond the Scope;* *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403); *Knowledge* (FRE 602); *Includes Attorney Objections* (FRE 611(a)); *Lack of Personal Knowledge* (FRE 602) | 61:5-7; 61:9-12 | Strike: 61:5-7; 61:9-12. Sustained as to DSM counter-designations. |
| | | | 62:3-63:10 | *Includes Attorney Objections* (FRE 611(a)) **[62:9-63:10]** *Lack of Foundation* (FRE 103/104); *Irrelevant* (FRE 402); *Prejudicial/Confusing/Misleading* (FRE 403) | | Sustained: 62:6, 15; 63:3. Overrruled as to remainder. |

Entered this 9th day of May, 2018.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge